

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00189-CV

| | |
|---|---|
| THE ESTATE OF JO ANN MARY ELLEN MERCK MYERS, DECEASED | § On Appeal from the Probate Court No. 2 |
| | § of Denton County (PR-2023-01194-B) |
| | § December 23, 2025 |
| | § Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach